

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00797-CV

**EWING CONSTRUCTION CO., INC.**,
Appellant

v.

**BENAVIDES INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-122
Honorable Baldemar Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that appellee recover its costs of this appeal from appellant.

SIGNED March 18, 2020.

_____
Beth Watkins, Justice